UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DANFORD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MANA INTERNET SOLUTIONS, S.A., *et al.*, <br><br> Defendants. | Civil No. 07-CV-712-L(NLS) <br><br> **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS [doc. #4]** |

Defendants filed a motion to dismiss for lack of jurisdiction in the above-captioned case on April 30, 2007 [doc. #4] which is set for hearing on June 11, 2007. On May 24, 2007, plaintiffs filed a first amended class-action complaint. An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990). Where a plaintiff elects to file an amended complaint, a district court may treat an existing motion to dismiss as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, **IT IS ORDERED** denying as moot defendants' motion to dismiss [doc. #4]. **IT IS FURTHER ORDERED** that this Order is without prejudice to defendants moving to dismiss plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

DATED: May 25, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL