UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DANFORD, *et al.*, ) | Civil No. 07-CV-712-L(NLS) |
| ) | |
| Plaintiffs, ) | **ORDER GRANTING JOINT** |
| ) | **MOTION TO CONTINUE HEARING** |
| v. ) | **ON DEFENDANTS' MOTION TO** |
| ) | **DISMISS [doc. #13]** |
| MANA INTERNET SOLUTIONS, S.A., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

Defendants' motion to dismiss the first amended complaint is currently set for hearing on August 6, 2007. The parties have submitted a joint motion[1] to continue the hearing on defendants' motion to dismiss to August 31, 2007.

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion to continue the hearing date until August 31, 2007. [doc. #13].

/ / /

/ / /

/ / /

---

[1] The parties are admonished to properly characterize their submission as a joint motion rather than a stipulation under Electronic Case Filing Administrative Policies and Procedures Manual §2(a) and (g). The Court also notes that the accompanying declaration and proof of service were filed separately [doc. #14] rather than as attachments to the joint motion [doc. #13]. Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

1  **IT IS FURTHER ORDERED** that the Court finds this matter suitable for determination
2  on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).
3  Accordingly, no appearances are required.
4  **IT IS SO ORDERED.**
5  DATED: June 27, 2007

6
7  M. James Lorenz
   United States District Court Judge

8  COPY TO:
9  HON. NITA L. STORMES
   UNITED STATES MAGISTRATE JUDGE
10
11 ALL PARTIES/COUNSEL